# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**NETJETS AVIATION, INC., et al.,**

    **Plaintiff,**

    v.                                           Civil Action 2:20-cv-4464
                                                Magistrate Judge Jolson

**U.S. DEPARTMENT OF AGRICULTURE,**
et al.,

    **Defendants.**

## ORDER

This matter came before the Court for a telephonic conference on June 25, 2021. (Doc. 69). During that conference the Court directed the parties to meet and confer and propose a revised case schedule to govern this matter going forward. On June 30, 2021, the parties sent that revised case schedule to the Undersigned's chambers. To begin, all case deadlines are hereby **STAYED** pending the Court's ruling on Defendant Department of Treasury's ("Treasury") Motion to Dismiss (Doc. 37). Once the Court has ruled on that Motion and Plaintiff's Motion to Amend (Doc. 74), the case will proceed as follows:

- Defendants' Answer or Motion to Dismiss Second Amended Complaint Due – August 16, 2021;

- Plaintiffs' Opposition (if Defendants move to dismiss) Due – September 15, 2021; and

- Defendants' Reply Due – October 6, 2021.

Once the Court has ruled on Treasury's first Motion to Dismiss and a potential Motion to Dismiss the Second Amended Complaint:

- Treasury will provide the relevant Administrative Record within forty-five (45) days of the Court's ruling;

- Plaintiffs will file any motions on the record within twenty-one (21) days after Treasury produces the relevant Administrative Record; and
- The parties will submit a joint proposed schedule either: Fourteen (14) days after the Court rules on Plaintiff's potential motions on the record; or two (2) days after Plaintiffs were required to file any motions on the record, should they not file any such motions.

IT IS SO ORDERED.

Date:  July 1, 2021                                     s/ Kimberly A. Jolson
                                                                              KIMBERLY A. JOLSON
                                                                              UNITED STATES MAGISTRATE JUDGE